UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-21017-CR-MOORE

**UNITED STATES OF AMERICA,**

    Plaintiff(s),

vs.

**JOHN ARTHUR SANDERS, #65853-004**

    Defendant(s).

_____/

## JUDGMENT FOR REVOCATION

THIS CAUSE came before the Court for hearing on September 30, 2010 on a violation of supervised release.

The Court having considered the record and having heard argument of counsel, it is

ORDERED AND ADJUDGED that the Defendant's sentence of supervised release is hereby **REVOKED.**

The Court hereby imposes supervised release for a term of **THIRTY SIX (36) MONTHS**.

In addition to the standard conditions, the defendant shall also participate in an approved treatment program for drug and/or alcohol abuse as directed by the U.S. Probation Office, and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment, if deemed necessary. The defendant will contribute to the costs of services rendered (co-payment) in an amount determined by the U.S. Probation Officer, based on ability to pay, or availability of third party payment.

DONE AND ORDERED in Chambers at Miami, Florida this 30th day of September, 2010.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

All counsel and pro se parties of record
U. S. Marshals - 1 cert copy
U. S. Probation - 1 cert copy